**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JEREMIAH EARL WALTON**                                                      **PLAINTIFF**
**ADC #141423**

**v.**                              **Case No. 4:25-cv-00079-KGB**

**DEXTER PAYNE,** *et al*.                                                    **DEFENDANTS**

**ORDER**

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 4). The Court has reviewed the Recommendation (*Id.*). No party has filed objections to the Recommendation, and the time to do so has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). *Pro se* plaintiff Jeremiah Earl Walton's complaint is dismissed without prejudice (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith. The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g).

It is so ordered this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge